Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Cecilia P. Mangaoang Debtor(s) | Bankruptcy Case No.: 18-52245<br>Chapter: 13 |
| Cecilia Mangaoang Plaintiff(s)<br>vs.<br>Special Default Services, Inc. Defendant(s)<br>(See attachment for additional defendant(s)) | Adversary Proceeding No. 18-05062 |

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the AMENDED complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> United States Bankruptcy Court
> 280 South First Street
> Room 3035
> San Jose, CA 95113

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Cecilia Mangaoang
> 2901 Capewood Lane
> San Jose, CA 95132

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| **DATE:** February 11, 2019 | **TIME:** 10:00 AM |
|---|---|
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3020 3rd Fl., San Jose, CA 95113 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 12/4/18

Angela Wong
Deputy Clerk

*AMENDED*

# CERTIFICATE OF SERVICE

FILED
DEC 13 2018
CLERK
United States Bankruptcy Court
San Jose, California

I, ARMIDA MANGAOANG (name), certify that service of this summons and copy of the complaint was made DEC. 7, 2018 (date) by: ARMIDA MANGAOANG

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date DEC- 7, 2018    Signature /s/ amangaoang
Print Name: ARMIDA MANGAOANG
Business Address: 2901 Capewood Ln
San Jose, CA 90132

ADDITIONAL PLAINTIFFS/DEFENDANTS/ALIASES NOT LISTED ON THE FIRST PAGE

Trinity Financial Services, LLC, Defendant

Newport Beach Holdings, LLC, Defendant

NAIMAN LAW GROUP