CECILIA MANGAOANG
CASE: 18-05062

ORIGINAL

FILED
DEC 14 2018
United States Clerk
San Jose, California Bankruptcy Court

# CERTIFICATE OF SERVICE

I, ARMIDA MANGAOANG (name), certify that service of this summons and copy of the ^AMENDED complaint was made DEC. 7, 2018 (date) by: ARMIDA MANGAOANG

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

TRINITY FINANCIAL SERVICES, LLC
C/O RICARDO OROZCO, Reg. Agt
1220 S STREET, SUITE 150
SACRAMENTO, CA 95811

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:


☐ Residence Service: By leaving the process with the following adult as:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:


☐ Publication: The defendant was served as follows:[Describe briefly]


☐ State Law: The defendant was served pursant to the laws of State of _____, as follows:[Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.


Under penalty of perjury, I declare that the foregoing is true and correct.

Date DEC. 7, 2018    Signature  amangaoang
                     Print Name: ARMIDA MANGAOANG
                     Business Address: 2901 CAPEWOOD LN
                                       SAN JOSE, CA 95132