BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
rreynolds@bwslaw.com
Rafael R. Garcia-Salgado, Bar No. 283230
rgarcia@bwslaw.com
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
Telephone: 949.863.3363
Facsimile: 949.863.3350

Attorneys for Defendants
SPECIAL DEFAULT SERVICES, INC.; TRINITY
FINANCIAL SERVICES, LLC; and NEWPORT
BEACH HOLDINGS, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MANGAOANG,<br><br>　　　　　Debtor, | Case No. 18-52245-MEH<br><br>Adv. No. 18-05062<br><br>Chapter Number: 13<br><br>**UNILATERAL STATUS CONFERENCE STATEMENT**<br><br>DATE: February 11, 2019<br>TIME: 10:00 a.m.<br>CTRM: 3020 |
| CECILIA MANGAOANG,<br><br>　　　　　Plaintiff,<br><br>　　　Vs.<br><br>SPECIAL DEFAULT SERVICES, INC.;<br>TRINITY FINANCIAL SERVICES, LLC;<br>NEWPORT BEACH HOLDINGS, LLC;<br>Does 1-10, inclusive<br><br>　　　　　Defendants. | |

　　　　　Defendants, Special Default Services, Inc. ("SDS"), Trinity Financial Services, LLC

("Trinity"), and Newport Beach Holdings, LLC ("NBH"), by and through their counsel, hereby

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4828-2892-6598 v1

- 1 -

UNILATERAL STATUS CONFERENCE STATEMENT

Case: 18-05062    Doc# 23    Filed: 02/05/19    Entered: 02/05/19 15:45:34    Page 1 of 3

submits is Status Conference Statement regarding Debtor's pending *First Amended Verified Adversary Complaint* [Docket No. 7] (the "LAM Motion").

1. On December 4, 2018, the Plaintiff, Cecilia Mangaoang (the "Plaintiff") filed her original Verified Adversary Complaint [Docket No. 1].

2. On December 4, 2018, the Court issued its Summons on NBH, SDS, and Trinity [Docket No. 3].

3. On December 7, 2018, the Plaintiff filed her First Amended Verified Adversary Complaint [Docket No. 7].

4. On December 13, 2018, the Plaintiff filed an Amended Summons on NBH, SDS, Trinity, and Naiman Law Group ("Naiman") [Docket No. 8].

5. On January 17, 2019, SDS filed its Answer to Complaint [Docket No. 20].

6. On January 17, 2019, Trinity filed its Answer to Complaint [Docket No. 21].

7. On January 17, 2019, NBH filed its Answer to Complaint [Docket No. 22].

8. Plaintiff has not initiated a Discovery Conference.

Dated: February 4, 2019

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Richard J. Reynolds
Richard J. Reynolds
Rafael R. Garcia-Salgado
Attorneys for Defendants
SPECIAL DEFAULT SERVICES, INC.;
TRINITY FINANCIAL SERVICES, LLC;
and NEWPORT BEACH HOLDINGS, LLC

# **PROOF OF SERVICE**

I, Johnnelle Gomez, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is *1851 East First Street, Suite 1550, Santa Ana, California 92705-4067*.

On **February 5, 2019**, I electronically filed the attached document:

UNILATERAL STATUS CONFERENCE STATEMENT

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

- **Rafael Ramon Garcia-Salgado**   rgarcia@bwslaw.com, bantle@bwslaw.com
- **Richard J. Reynolds**   rreynolds@bwslaw.com, psoeffner@bwslaw.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

| Debtor: | Judge: |
|---|---|
| Cecilia Mangaoang | Honorable M. Elaine Hammond |
| 2901 Capewood Lane | United States Courthouse, Room 3035 |
| San Jose, CA 95132 | 280 South First Street |
|  | San Jose, CA 95113-3099 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 5, 2019**, at Santa Ana, California.

/s/ Johnnelle Gomez
Johnnelle Gomez

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4828-2892-6598 v1

- 3 -

UNILATERAL STATUS CONFERENCE STATEMENT

Case: 18-05062    Doc# 23    Filed: 02/05/19    Entered: 02/05/19 15:45:34    Page 3 of 3