Cecilia Mangaoang
2901 Capewood Lane
San Jose, CA 95132-1108
(408) 876-9950


FILED
MAR 05 2019
CLERK
United States Bankruptcy Court
San Jose, California

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>    Cecilia Mangaoang,<br><br>    Debtor.<br>------------------------------------------------<br>Cecilia Mangaoang,<br><br>    Plaintiff,<br><br>vs.<br><br>SPECIAL DEFAULT SERVICES, INC.;<br><br>TRINITY FINANCIAL SERVICES, LLC;<br><br>NEWPORT BEACH HOLDINGS, LLC;<br><br>Does # 1-10, inclusive,<br><br>    Defendants. | Case No. 18-52245 MEH<br><br>Adv. No. 18-05062 |

## PLAINTIFF'S STATUS CONFERENCE STATEMENT

1. On December 4, 2018, the Plaintiff, Cecilia Mangaoang (the "Plaintiff") filed her original Verified Adversary Complaint [Docket No. 1].

2. On December 4, 2018, the Court issued its Summons on NBH, SOS, and Trinity [Docket No. 3].

3. On December 7, 2018, the Plaintiff filed her First Amended Verified Adversary Complaint [Docket No. 7].

1

PLAINTIFF'S STATUS CONFERENCE STATEMENT

4. On December 13, 2018, the Plaintiff filed an Amended Summons on NBH, SOS, Trinity, and Naiman Law Group ("Naiman") [Docket No. 8].

5. On January 17, 2019, SOS filed its Answer to Complaint [Docket No. 20].

6. On January 17, 2019, Trinity filed its Answer to Complaint [Docket No. 21].

7. On January 17, 2019, NBH filed its Answer to Complaint [Docket No. 22].

8. Plaintiff has initiated a Discovery Conference on March 4, 2019.

9. On February 11, 2019, Plaintiff filed a Motion For Leave To File Second Amended Complaint.

10. The parties will not begin discovery until after the Judge rules on the Motion For Leave To File Second Amended Complaint.

11. If the Motion For Leave To File Second Amended Complaint is accepted, then of course discovery will begin after the Defendants file their Answers to that complaint.

12. Plaintiff has not retained an attorney.

13. Plaintiff does not intend to request a hearing on the Motion For Leave To File Second Amended Complaint.

Executed: March 5, 2019.

/s/ Cecilia Mangaoang
Cecilia Mangaoang, Plaintiff pro se
2901 Capewood Lane
San Jose, CA 95132-1108

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date last written below I served a true and correct copy of the foregoing via ordinary first class mail postage prepaid to the following parties:

TRINITY FINANCIAL SERVICES, LLC
NEWPORT BEACH HOLDINGS, LLC
SPECIAL DEFAULT SERVICES, INC.
c/o Rafael Ramon Garcia Salgado
c/o Richard J. Reynolds
Burke, Williams and Sorenson, LLC
1851 E First St. #1550
Santa Ana, CA 92705-4067

Executed: March 5, 2019.

/s/ _____
Armida Mangaoang
2901 Capewood Lane
San Jose, CA 95132