Recording Requested By:

When Recorded Return To:
RICHMOND MONROE/TARA NEWTON
P.O. BOX 458
KIMBERLING CITY, MO 65686
Ref#: 0000860000001189 / 1000001421
Coast Cap Adv

DOCUMENT: 23175056     Pages: 2
Fees.... 28.00
Taxes...
Copies..
AMT PAID 28.00

REGINA ALCOMENDRAS              RDE # 002
SANTA CLARA COUNTY RECORDER     12/17/2015
Recorded at the request of       9:07 AM
Financial Company

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Santa Clara, California   REFERENCE #: 1000001421-A   "MANGAOANG"
INVESTOR #:
MERS #: 1005437-8600020783-3   VRU #: 1-888-679-6377

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AIDAN WEST FINANCIAL GROUP, A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS at P.O. BOX 2026, FLINT, MI 48501-2026 hereby grants, assigns and tranfers to _Newport Beach Holdings, LLC_ _Suite 319_ at _2618 San Miguel Drive_, _Newport Beach_, _CA 92660_ all beneficial interest under that certain Deed of Trust dated 01/09/2007, in the amount of $131,000.00, executed by CECILIA MANGAOANG, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR AIDAN WEST FINANCIAL GROUP, A CALIFORNIA CORPORATION ITS SUCCESSORS AND ASSIGNS and Recorded: 01/18/2007 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 19268026 in Santa Clara County, State of California and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ('MERS")
On 7/21/15

Robert Madden, Assistant Secretary

"SSH"SSHAMRC"05/29/2015 01:07:00 PM" AMRCT0AMRCA000000000000000000873145" CASANTL" 1000001421-A CASANTL_TRUST_ASSIGN_ASSN "SUH"SUHAMRC"

| A Notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 3/11/15, before me, Thanh Vo, a Notary Public in and for ORANGE in the State of CALIFORNIA, personally appeared Robert Madden, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,

Thanh Vo
Notary Expires: 08/14/2018 #2077787
(This area for notarial seal)

THANH VO
COMMISSION # 2077787
Notary Public - California
ORANGE COUNTY
My Comm Expires Aug 14 2018

*SSH*SSHAMRC*05/29/2015 01 07 00 PM* AMRCTOAMRCA00000000000000673145* CASANTL* 1000001421-A CASANTL_TRUST_ASSIGN_ASSN *SUH*SUHAMRC*

# EXHIBIT H

**24022209**
Regina Alcomendras
Santa Clara County - Clerk-Recorder
09/12/2018 11:15 AM

Titles: 1    Pages: 1
Fees: $100.00
Taxes: $0
Total: $100.00

Recording Requested By:

When Recorded Mail To:
Newport Beach Holdings, LLC
P.O. Box 458
Kimberling City, MO, 65686

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Loan #: 1000001421 / TS Ref #: 0000860000002707
CA/SANTA CLARA

Assignment Prepared on: August 24, 2018

For Value Received, **NEWPORT BEACH HOLDINGS, LLC**, whose address is 2618 SAN MIGUEL DRIVE, SUITE 319, NEWPORT BEACH, CA, 92660 (herein "**Assignor**") hereby grant, sell, assign, transfer and convey to **Trinity Financial Services, LLC**, whose address is 2618 SAN MIGUEL DR., SUITE 303, NEWPORT BEACH, CA, 92660 (herein "**Assignee**") all interest under that certain Deed of Trust Dated: 1/9/2007, in the amount of $131,000.00, executed by CECILIA MANGAOANG, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AIDAN WEST FINANCIAL GROUP, A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS and Recorded: 1/18/2007, Document #: 19268026 in SANTA CLARA County, State of California and all rights accrued or to accrue under said Deed of Trust.

NEWPORT BEACH HOLDINGS, LLC

On: August 24, 2018

By: *Sharon Mitchell*
Name: SHARON MITCHELL
Title: ASSISTANT VICE PRESIDENT

State of MISSOURI
County of STONE

On August 24, 2018, before me, Jessica Brown, a Notary Public in and for STONE County, in the State of MISSOURI, personally appeared SHARON MITCHELL, ASSISTANT VICE PRESIDENT, NEWPORT BEACH HOLDINGS, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Jessica Brown*
Jessica Brown
Notary Expires: 3/31/2022 / #: 14599617

JESSICA BROWN
My Commission Expires
March 31, 2022
Stone County
Commission #14599617

CA/SANTA CLARA

# EXHIBIT I

| | | | Pages: 1 |
|---|---|---|---|
| | DOCUMENT: | 23426665 | |
| | | | Fees.... 25.00 |
| | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | | Taxes... .00 |
| | 23426665 | | Copies.. .00 |
| | | | AMT PAID 25.00 |

RECORDING REQUESTED BY:
SDS

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Pacific Coast Title - Simplifi

RDE # 007
9/09/2016
10:25 AM

WHEN RECORDED MAIL TO:

Special Default Services, Inc.
17100 Gillette Ave
Irvine, CA 92614

---

APN: 092-11-091          TS No: CA01000170-16          TO No: 95310284

## SUBSTITUTION OF TRUSTEE

WHEREAS, CECILIA MANGAOANG, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY was the original Trustor(s), FIDELITY NATIONAL TITLE was the original Trustee and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for AIDAN WEST FINANCIAL GROUP, A CALIFORNIA CORPORATION, its successors and assigns, was the original Beneficiary under that certain Deed of Trust dated January 9, 2007 and recorded on January 18, 2007 as Instrument No. 19268026 of official records in the Office of the Recorder of Santa Clara County, California;

WHEREAS, the undersigned current Beneficiary, desires to substitute a new Trustee under said Deed of Trust in place of and instead of said original Trustee, or Successor Trustee, thereunder in the manner in said Deed of Trust provided;

NOW THEREFORE, **NEWPORT BEACH HOLDINGS, LLC** hereby substitutes **Special Default Services, Inc.**, whose address is 17100 Gillette Ave, Irvine, CA 92614, as Trustee under said Deed of Trust.

Dated: 8/31/2016

NEWPORT BEACH HOLDINGS, LLC

By: _____
Don A. Madden, Jr.

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Orange

On August 31, 2016 before me, Alida M. Rice, Notary Public, personally appeared Don A. Madden Jr. who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

ALIDA M. RICE
Commission # 2086532
Notary Public - California
Orange County
My Comm. Expires Oct 17, 2018

# EXHIBIT J

DOCUMENT: 23426666  Pages: 3
Fees.... 31.00
Taxes... .00
Copies.. .00
23426666  AMT PAID 31.00

RECORDING REQUESTED BY:
SDS

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Pacific Coast Title - Simplifi

RDE # 007
9/09/2016
10:25 AM

WHEN RECORDED MAIL TO:

Special Default Services, Inc.
17100 Gillette Ave
Irvine, CA 92614

APN: 092-11-091    TS No: CA01000170-16    TO No: 95310284

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED**

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 경보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

(The above statement is made pursuant to CA Civil Code Section 2923.3(c)(1). The Summary will be provided to Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code Section 2923.3(c)(2).)

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION**, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this Notice of Default may be recorded (which date of recording appears on this notice).

This amount is **$146,088.45** (not including foreclosure fees and costs) as of **September 7, 2016**, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your Note and Deed of Trust or Mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the Note and Deed of Trust or Mortgage, the Beneficiary or Mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the Beneficiary or Mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the Beneficiary or Mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your Beneficiary or Mortgagee may mutually agree in writing prior to the time the Notice of Sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

APN: 092-11-091  TS No: CA01000170-16  TO No: 95310284

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact: **NEWPORT BEACH HOLDINGS, LLC c/o Special Default Services, Inc.** located at 17100 Gillette Ave, Irvine, CA 92614 Phone: (844) 706-4182 Ref No: CA01000170-16

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

### REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

**NOTICE IS HEREBY GIVEN THAT:** Special Default Services, Inc. is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated as of January 9, 2007, executed by CECILIA MANGAOANG, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as Trustor(s), to secure obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. the original Beneficiary as nominee for AIDAN WEST FINANCIAL GROUP, A CALIFORNIA CORPORATION the original Lender, recorded January 18, 2007, as Instrument No. 19268026, of the official records in the Office of the Recorder of Santa Clara County, California, as more fully described on said Deed of Trust. Including a Note(s) for the sum of $131,000.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of: **THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON July 1, 2008 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, ALONG WITH LATE CHARGES, PLUS FORECLOSURE COSTS AND LEGAL FEES, IN ADDITION TO ALL OF THE TERMS AND CONDITIONS AS PER THE DEED OF TRUST, PROMISSORY NOTE AND ALL RELATED LOAN DOCUMENTS.**
That by reason thereof, the present Beneficiary under such Deed of Trust, has executed and delivered to Special Default Services, Inc., said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Where required by law, a declaration pursuant to California Civil Code Section 2923.55 is attached.

Dated: 9/7/2016   Special Default Services, Inc., as Duly Appointed Successor Trustee

By: Lisa Rohrbacker, Trustee Sales Officer

Special Default Services, Inc. may be acting as a debt collector attempting to collect a debt. Any information obtained may be used for that purpose.
**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.**

# CALIFORNIA DECLARATION OF COMPLIANCE
(Civil Code § 2923.55(c))

Borrower(s): CECILIA MANGAOANG
Mortgage Servicer: NEWPORT BEACH HOLDINGS, LLC
Property Address: 2901 CAPEWOOD LANE
SAN JOSE, CA 95132
T.S No: CA01000170-16-1

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares that:

1. ☐ The mortgage servicer has contacted the Borrower pursuant to California Civil Code § 2923.55(b)(2) to "assess the Borrower's financial situation and explore options for the Borrower to avoid foreclosure". Thirty (30) days, or more, have passed since the initial contact was made.

2. ☐ The mortgage servicer has exercised due diligence to contact the Borrower pursuant to California Civil Code § 2923.55(f) to "assess the Borrower's financial situation and explore options for the Borrower to avoid foreclosure". Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. ☐ No contact was required by the mortgage servicer because the individual did not meet the definition of 'Borrower' pursuant to subdivision (c) of Section 2920.5.

4. ☒ No contact was made with the Borrower pursuant to Civil Code § 2923.55 because the above-referenced loan is not secured by a first lien mortgage or deed of trust that secures a loan described in Civil Code § 2924.15(a).

I certify and represent that this mortgage servicer's declaration is accurate, complete and based upon competent and reliable evidence, including my review of the mortgage servicer's business records.

Date: 8/31/2016

NEWPORT BEACH HOLDINGS, LLC

By: _____ Don A. Madden, Jr

ATTACHMENT TO NOTICE OF DEFAULT

# EXHIBIT K

**This document was electronically submitted to Santa Clara County for recording**

**24018268**

Regina Alcomendras
Santa Clara County - Clerk-Recorder
09/06/2018 10:00 AM

Titles: 1   Pages: 3
Fees: $106.00
Tax: $0
Total: $106.00

RECORDING REQUESTED BY:

**SDS**

WHEN RECORDED MAIL TO:

Special Default Services, Inc.
17100 Gillette Ave
Irvine, CA 92614

---

APN: 092-11-091                    TS No: CA01000170-16                    TO No: 95310284

## NOTICE OF TRUSTEE'S SALE

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY
(The above statement is made pursuant to CA Civil Code Section 2923.3(d)(1). The Summary will be provided to Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code Section 2923.3(d)(2).)

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED January 9, 2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

On **October 5, 2018 at 10:00 AM**, at the gated North Market Street entrance to the County Courthouse, 191 North Market Street, San Jose, CA 95113, **Special Default Services, Inc.**, as the duly Appointed Trustee, under and pursuant to the power of sale contained in that certain Deed of Trust Recorded on January 18, 2007 as Instrument No. 19268026 of official records in the Office of the Recorder of Santa Clara County, California, executed by CECILIA MANGAOANG, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as Trustor(s), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for AIDAN WEST FINANCIAL GROUP, A CALIFORNIA CORPORATION, its successors and assigns, as Beneficiary, **WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER**, in lawful money of the United States, all payable at the time of sale, that certain property situated in said County, California describing the land therein as:

**AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST AND ALL RELATED LOAN DOCUMENTS**

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be: **2901 CAPEWOOD LANE, SAN JOSE, CA 95132**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

Said sale will be made without covenant or warranty, express or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the Note(s) secured by said Deed of Trust, with interest thereon, as provided in said Note(s), advances if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

The total amount of the unpaid balance of the obligations secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of this Notice of Trustee's Sale is estimated to be $294,260.19 (Estimated). However, prepayment premiums, accrued interest and advances will increase this figure prior to sale. Beneficiary's bid at said sale may include all or part of said amount. In addition to cash, the Trustee will accept a cashier's check drawn on a state or national bank, a check drawn by a state or federal credit union or a check drawn by a state or federal savings and loan association, savings association or savings bank specified in Section 5102 of the California Financial Code and authorized to do business in California, or other such funds as may be acceptable to the Trustee. In the event tender other than cash is accepted, the Trustee may withhold the issuance of the Trustee's Deed Upon Sale until funds become available to the payee or endorsee as a matter of right. The property offered for sale excludes all funds held on account by the property receiver, if applicable.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

## Notice to Potential Bidders

If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a Trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a Trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same Lender may hold more than one mortgage or Deed of Trust on the property.

APN: 092-11-091　　　　　TS No: CA01000170-16　　　　　TO No: 95310284

## Notice to Property Owner

The sale date shown on this Notice of Sale may be postponed one or more times by the Mortgagee, Beneficiary, Trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about Trustee Sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call In Source Logic at 702-659-7766 for information regarding the Trustee's Sale or visit the Internet Web site address listed below for information regarding the sale of this property, using the file number assigned to this case, CA01000170-16. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

Date: 9/5/2018

Special Default Services, Inc., as Duly Appointed Successor Trustee
TS No. CA01000170-16
17100 Gillette Ave
Irvine, CA 92614
(949) 225-5945
TDD: 866-660-4288

_____
Lisa Welch, Trustee Sales Officer

SALE INFORMATION CAN BE OBTAINED ON LINE AT www.insourcelogic.com
FOR AUTOMATED SALES INFORMATION PLEASE CALL:
In Source Logic AT 702-659-7766

SPECIAL DEFAULT SERVICES, INC. MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

APN: 092-11-091            TS No: CA01000170-16            TO No: 95310284

# EXHIBIT L

**This document was electronically submitted to Santa Clara County for recording**

**24064356**

Regina Alcomendras
Santa Clara County - Clerk-Recorder
11/15/2018 09:01 AM

Titles: 1  Pages: 3
Fees: $106.00
Tax: $0.00
Total: $106.00

RECORDING REQUESTED BY:

SDS

WHEN RECORDED MAIL DEED
AND TAX STATEMENT TO:

TRINITY FINANCIAL SERVICES, LLC
2618 SAN MIGUEL DRIVE
SUITE 303
NEWPORT BEACH, CA 92660

---

APN: 092-11-091  TS No: CA01000170-16  TO No: 95310284
Foreclosing Lien Position: 2nd

## TRUSTEE'S DEED UPON SALE

The undersigned Grantor, under penalty of perjury, declares:

EXEMPT PER R&T CODE SECTION 11926
1) The Grantee herein was the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was:  **$300,408.97**
3) The amount paid by the grantee at the trustee sale was:  **$300,408.97**
4) The documentary transfer tax is:  **$0.00**
5) Said property is in the city of: SAN JOSE
6) A.P.N. 092-11-091

and **Special Default Services, Inc.**, herein called "Trustee", as Trustee (or as Successor Trustee) of the Deed of Trust hereinafter described, hereby grants and conveys, but without covenant or warranty, express or implied, to **TRINITY FINANCIAL SERVICES, LLC**, herein called "Grantee", the real property in the County of Santa Clara, State of California, described as follows: **SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

This deed is made pursuant to the authority and powers given to Trustee (or to Successor Trustee) by law and by that certain Deed of Trust dated January 9, 2007, made to CECILIA MANGAOANG, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY and recorded on January 18, 2007 as Instrument No. 19268026 of official records in the Office of the Recorder of Santa Clara County, California, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

APN: 092-11-091　　　　　TS No: CA01000170-16　　　　　TO No: 95310284

All requirements of law and of said Deed of Trust relating to this sale and to notice thereof having been complied with. Pursuant to the Notice of Trustee's Sale, the above described property was sold by Trustee (or Successor Trustee) at public auction on **November 5, 2018** at the place specified in said Notice, to Grantee who was the highest bidder therefore, for **$300,408.97** in lawful money of the United States, which has been paid, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the time of said public auction.

Dated: 11/8/2018

Special Default Services, Inc., as Duly Appointed Successor Trustee

By: Lisa Welch, Trustee Sales Officer

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CALIFORNIA
County of ORANGE

On 11-8-18 before me, Bernardo Sotelo-Hernandez, a Notary Public, personally appeared LISA WELCH, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

BERNARDO SOTELO-HERNANDEZ
Notary Public - California
Orange County
Commission # 2192599
My Comm. Expires Apr 20, 2021

APN: 092-11-091        TS No: CA01000170-16        TO No: 95310284

## EXHIBIT "A"

ALL OF LOT 436, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, 'TRACT NO. 3465 NORTHWOOD PARK UNIT NO. 4', WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, ON JUNE 28, 1963, IN BOOK 163 OFMAPS, PAGES 22 AND 23.

EXCEPTING THEREFROM THE UNDERGROUND WATER RIGHTS WITH NO RIGHT OF SURFACE ENTRY AS CONVEYED TO SAN JOSE WATER WORKS, ACALIFORNIA CORPORATION BY INSTRUMENT RECORDED DECEMBER 10, 1963 IN BOOK 6302 OF OFFICIAL RECORDS, AT PAGE 467.