

Cecilia Mangaoang
2901 Capewood Lane
San Jose, CA 95132-1108
(408) 876-9950

APR 11 2019

CLERK
United States Bankruptcy Court
San Jose, California

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:
    Cecilia Mangaoang,
        Debtor.
-----------------------------------------------------------)
Cecilia Mangaoang,   Plaintiff,     )  Case No. 18-52245 MEH
                                            )  Adv. No. 18-AP-05062
       vs.                                  )  **PROOF OF SERVICE BY**
                                            )  **OVERNIGHT EXPRESS MAIL**
SPECIAL DEFAULT SERVICES, INC.; et al.,  )
                                            )
    Defendants.                  )

I hereby certify that on April 11, 2019, I served a copy of the attached [PROPOSED ] TEMPORARY RESTRAINING ORDER (RENEWED) by placing a copy in an Overnight Express postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the United State Mail at San Jose, California:

**SPECIAL DEFAULT SERVICES, INC.**
**TRINITY FINANCIAL SERVICES, LLC**
**NEWPORT BEACH HOLDINGS, LLC SYSTEMS, INC.**
c/o Rafael Ramon Garcia Salgado
c/o Richard J. Reynolds
Burke, Williams and Sorenson, LLC
1851 E First St. #1550
Santa Ana, CA 92705-4067

I declare under penalty of perjury that the foregoing is true and correct.

                                                  _____
                                                  Armida Mangaoang

3

TEMPORARY RESTRAINING ORDER (RENEWED)